UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DITROPAN XL ANTITRUST LITIGATION | No. C06-1761 MDL JSW (BZ)<br><br>**NOTICE OF RECUSAL** |

   I hereby recuse myself in the above action.

Dated: October 31, 2006

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\IN RE DITROPAN ANTITRUST\ORDER.RECUSAL.wpd

1