[Counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DITROPAN XL ANTITRUST LITIGATION | MDL No. 1761 (JSW) |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER NO. 2 TO EXTEND CASE SCHEDULE**<br><br>Hon. Jeffrey S. White |

### STIPULATION AND [PROPOSED] ORDER

1. On October 27, 2006, the Court held an initial case management conference pursuant to Local Rule 16-10(a) and Federal Rule 16. As a result of that conference, the Court entered Stipulated Case Management Order ("CMO") No. 2 on November 1, 2006.

2. On November 3, 2006, the Defendants filed their Motion to Dismiss Direct Purchaser Action On Standing Grounds, Or, In The Alternative, To Compel Arbitration, and their Motion To Partially Dismiss The Direct And Indirect Purchaser Actions. On December 22, 2006, the Direct Purchaser and Indirect Purchaser Plaintiffs filed separate briefs in response to the Defendants' motions to dismiss, and on January 19, 2007, the Defendants filed their reply memorandums. On February 9, 2007, the Court heard oral arguments on the Defendants' motions to dismiss. As of the drafting of this Stipulation, the Court has not ruled on either of the Defendants' motions to dismiss.

3. CMO No. 2 requires the Plaintiffs to file their motions for class certification on or before April 27, 2007.

///

4. In light of the fact that the Court has not yet ruled on Defendants' motions to dismiss, the parties have agreed and hereby stipulate (subject to the Court's order allowing them to do so) that Plaintiffs be granted a 60-day extension of time, until June 26, 2007, to file their motion for class certification. In addition, the parties have agreed that the remaining dates and deadlines established by CMO No. 2 shall likewise be extended by approximately 60 days. Specifically, the parties stipulate to the following amendments to CMO No. 2:

| | | CMO No. 2 | Amendment |
|---|---|---|---|
| Motion For Class Certification and Expert Reports in Support of Class Certification | Plaintiffs file motion and any expert reports: | April 27, 2007 | June. 26, 2007 |
| | Deadline for Defendants to depose Plaintiffs' experts, respond to motion, and file their expert reports: | July 27, 2007 | Sept. 25, 2007 |
| | Deadline for Plaintiffs to depose Defendants' experts and file reply: | Aug. 24, 2007 | Oct. 23, 2007 |
| | Hearing: | Sept. 14, 2007 | November 16, 2007 ~~TBD by Court~~ |
| Motion For Summary Judgment or Partial Summary Judgment Regarding Issues in Paragraphs 3(b) through 3(d) of CMO No. 2 and Expert Reports in Support of Summary Judgment | Opening Motion and supporting expert reports: | Oct. 12, 2007 | Dec. 11, 2007 |
| | Cross Motion and Opposition Motion and supporting expert reports: | Nov. 21, 2007 | Jan. 18, 2008 |
| | Opposition to Cross Motion (and supporting expert reports) and Reply in Support of Opening Motion: | Dec. 21, 2007 | Feb. 15, 2008 |
| | Reply in Support of Cross Motion: | Jan. 25, 2008 | Mar. 21, 2008 |

-2-
**STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CASE MANAGEMENT ORDER NO. 2 TO EXTEND CASE SCHEDULE**  
MDL No. 1761 (JSW)

|  |  | CMO No. 2 | Amendment |
|---|---|---|---|
|  | Hearing (If No Cross Motions Filed): | Jan. 11, 2008 | ~~TBD by Court~~ March 21, 2008 |
|  | Hearing (If Cross Motions Filed): | Feb. 15, 2008 | ~~TBD by Court~~ April 11, 2009 |
| Completion of Discovery Relating to Specific Issues in CMO No. 2 | Paragraph 3(a): | July 13, 2007 | Sept. 11, 2007 |
|  | Paragraphs 3(b)-(d): | Sept. 28, 2007 | Nov. 16, 2007 |

5. Nothing in this Stipulation alters or modifies any provision in CMO No. 2 except the deadlines appearing in the table above.

6. This stipulation for an extension of time has been brought in good faith and not for purposes of undue delay or harassment, and conforms with the requirements of Local Rules 6-2, 7-12, and 16-2(d), and Federal Rule 16(b), which requires "a showing of good cause" for the modification of a scheduling order. Fed. R. Civ. P. 16(b).

7. Pursuant to Local Rule 16-2(d), and with the consent of counsel for Direct Purchaser Plaintiff, counsel for Indirect Purchaser Plaintiffs, Edward A. Wallace, consulted with counsel for Defendants, M. Sean Royall, who has agreed to this stipulation

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the Plaintiffs shall have until June 26, 2007 to file their motions for class certification in this matter and that all deadlines contained in the Stipulated Case Management Order No. 2 be extended by the approximately 60 days, as specified in paragraph 4 above.

**STIPULATED AND AGREED TO BY:**

DATED: April 17, 2007

/s/
Edward A. Wallace
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

-3-

**STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER NO. 2 TO EXTEND CASE SCHEDULE**  MDL No. 1761 (JSW)

```
 1                              Timothy J. Becker
                                ZIMMERMAN REED, P.L.L.P
 2                              651 Nicollet Mall, Suite 501
                                Minneapolis, MN 55402
 3                              Telephone: (612) 341-0400
                                Facsimile: (612) 341-0844
 4
                                Jason J. Thompson
 5                              J. THOMPSON & ASSOCIATES PLC
                                26000 West Twelve Mile Road
 6                              Southfield, MI 48034
                                Telephone: (248) 436-8448
 7                              Facsimile: (248) 436-8453

 8                              Jeffrey L. Kodroff
                                SPECTOR ROSEMAN & KODROFF, P.C.
 9                              1818 Market Street, Suite 2500
                                Philadelphia, PA 19103
10                              Telephone: (215) 496-0300
                                Facsimile: (215) 496-6611
11
                                Attorneys for Indirect Purchaser Plaintiffs
12
13   DATED: April 13, 2007

14                                         /s/
                                Thomas M. Sobol
15                              HAGENS BERMAN SOBOL SHAPIRIO, LLP
                                One Main Street, 4th Floor
16                              Cambridge, MA 02142
                                Telephone: (617) 482-3700
17                              Facsimile: (617) 482-3003

18                              Dianne M. Nast
                                RODANAST, PC
19                              801 Estelle Drive
                                Lancaster, PA 17601
20                              Telephone: (717) 892-3000
                                Facsimile: (717) 892-1200
21
                                Daniel Gustafson
22                              GUSTAFSON & GLUEK, P.L.L.P.
                                650 Northstar East
23                              608 Second Avenue South
                                Minneapolis, MN 55402
24                              Telephone: (612) 333-8844
                                Facsimile: (612) 339-6622
25

26                              Attorneys for Direct Purchaser Plaintiffs

27
28
                                       -4-
```

STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CASE MANAGEMENT ORDER NO. 2 TO
EXTEND CASE SCHEDULE                                                    MDL No. 1761 (JSW)

1  DATED: April 17, 2007

2  /s/
M. Sean Royall (admitted *pro hac vice*)
3  Monique Michal Drake, SBN 167188
Michael A. Sitzman, SBN 156667
**GIBSON DUNN & CRUTCHER LLP**
4  One Montgomery Street, Suite 3100
San Francisco, California 94104
5  Telephone: (415) 393-8200
Facsimile: (415) 986-5309
6  Email: sroyall@gibsondunn.com
Email: mdrake@gibsondunn.com
7  Email: msitzman@gibsondunn.com

8  *Attorneys for Defendants Alza Corporation and Johnson & Johnson*

9

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED,** AS MODIFIED ABOVE.

11

12  Dated: April 20, 2007

_____
The Honorable Jeffrey S. White
13  United States District Judge

-5-

**STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER NO. 2 TO EXTEND CASE SCHEDULE**         MDL No. 1761 (JSW)