GIBSON, DUNN & CRUTCHER LLP
M. SEAN ROYALL (admitted *pro hac vice*)
MONIQUE MICHAL DRAKE, SBN 167188
MICHAEL A. SITZMAN, SBN 156667
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: msitzman@gibsondunn.com

Attorneys for Defendant
ALZA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DITROPAN XL ANTITRUST LITIGATION | CASE NO. MDL Docket No. 1761 (JSW) |
| THIS DOCUMENT RELATES TO:<br><br>THE INDIRECT PURCHASER ACTION | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST FOR ADDITIONAL TIME TO COMPLY WITH L.R. 79-5(d) IN CONNECTION WITH PLAINTIFFS' MOTION TO SEAL DOCUMENTS** |

This matter comes before the Court on Defendant's Administrative Request for Additional Time to Comply with Civil L.R. 79-5(d) in Connection with Plaintiffs' Motion to Seal Documents, filed on July 5, 2007. The Court having considered Defendant's Administrative Request, and its files and records in this matter, and good cause appearing therefore, enters its order as follows:

IT IS HEREBY ORDERED that Defendant's Administrative Request is GRANTED.

Defendant is hereby granted seven (7) business days, up to and including July 16, 2007, to file a declaration and narrowly tailored proposed order in accordance with Civil L.R. 79-5, sealing the confidential documents designated by Alza that were filed by the Indirect Purchaser Plaintiffs in connection with their motion for class certification. IT IS SO ORDERED.

DATED: July 12, 2007.

_____
Hon. Jeffrey S. White

Gibson, Dunn & Crutcher LLP

PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST FOR ADDITIONAL TIME TO COMPLY WITH L.R. 79-5(d) IN CONNECTION WITH PLAINTIFFS' MOTION TO SEAL DOCUMENTS
Case No: MDL Docket No. 1761 (JSW)