[Counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DITROPAN XL ANTITRUST LITIGATION | MDL No. 1761 (JSW) |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER FOR SECOND AMENDMENT TO CASE MANAGEMENT ORDER NO. 2 TO EXTEND CASE SCHEDULE**<br><br>Hon. Jeffrey S. White |

## STIPULATION AND [PROPOSED] ORDER

1. On October 27, 2006, the Court held an initial case management conference pursuant to Local Rule 16-10(a) and Federal Rule 16. As a result of that conference, the Court entered Stipulated Case Management Order ("CMO") No. 2 on November 1, 2006.

2. On June 26, 2007, the Direct and Indirect Purchaser Plaintiffs each filed motions for class certification, with supporting expert declarations. Approximately one month later, on July 27, 2007, Direct Purchaser Plaintiff provided the supporting data for its expert's declaration. Defendants' opposition briefs to the Plaintiffs' class certification motions are currently due on September 25, 2007.

3. Discovery has been proceeding on all issues. In response to document requests served by the Indirect Purchaser Plaintiffs in December of 2006 and by the Direct Purchaser Plaintiffs in February of 2007, Alza has produced over 530,000 pages of documents. Alza began rolling its production of documents in March of 2007 and completed its production this month. Other J&J entities, in response to third-party subpoenas, have produced an additional 250,000

pages of documents. The parties have begun to set Rule 30(b)(6) depositions, the first of which are going to take place in late September.

4. Defendants served document requests on the Direct and Indirect Purchasers in January of 2007. In response, Indirect Purchasers began producing documents in late July of 2007. Direct Purchasers have, to date, not yet produced any documents. Moreover, a dispute has arisen between Defendants and Direct Purchasers because Direct Purchasers have refused to give Defendants certain documents to which Defendants believe they are entitled. Direct Purchasers and Defendants will be filing motions with Magistrate Judge Laporte to resolve their dispute.

5. The schedule originally contemplated by the parties assumed that the Defendants would have several months to analyze the documents, data, and expert reports provided by Plaintiffs relating to class certification issues, as well as take depositions of the Plaintiffs, in advance of the deadline for class certification oppositions. Given the realities of the Plaintiffs' documents productions and disclosure of expert data, Defendant's document production, the timing of the initial Rule 30(b)(6) depositions, and the pending dispute regarding the scope of the Direct Purchaser Plaintiff's discovery obligations, the current schedule does not allow Defendants the time contemplated to prepare their briefs and expert reports in opposition to the pending class certification motions nor does it allow Plaintiffs the time contemplated for completion of depositions.. For that reason, the parties seek an extension of the case schedule.

6. The parties have agreed and hereby stipulate (subject to the Court's order allowing them to do so) that Defendants be granted a 60-day extension of time, until November 27, 2007, to file their oppositions to Plaintiffs' motion for class certification. In addition, the parties have agreed that the remaining dates and deadlines established by CMO No. 2 shall likewise be extended by approximately 60 days (with the exception of the deadline for written discovery relating to the issues set forth in Paragraph 3(b)-(d) of Case Management Order #2, as discussed in Paragraph 8 below). Specifically, the parties stipulate to the following amendments to CMO No. 2:

|  |  | CMO No. 2 | Amendment #1 | Amendment #2 |
|---|---|---|---|---|
| Motion For Class Certification and Expert Reports in Support of Class Certification | Deadline for Defendants to depose Plaintiffs' experts, respond to motion, and file their expert reports: | July 27, 2007 | Sept. 25, 2007 | Nov. 27, 2007 |
|  | Deadline for Plaintiffs to depose Defendants' experts and file reply: | Aug. 24, 2007 | Oct. 23, 2007 | Dec. 21, 2007 |
|  | Hearing: | Sept. 14, 2007 | Nov. 16, 2007 | Jan. 11., 2008 ~~TBD by Court~~ |
| Motion For Summary Judgment or Partial Summary Judgment Regarding Issues in Paragraphs 3(b) through 3(d) of CMO No. 2 and Expert Reports in Support of Summary Judgment | Opening Motion and supporting expert reports: | Oct. 12, 2007 | Dec. 11, 2007 | Feb. 8, 2008 |
|  | Cross Motion and Opposition Motion and supporting expert reports: | Nov. 21, 2007 | Jan. 18, 2008 | Mar. 20, 2008 |
|  | Opposition to Cross Motion (and supporting expert reports) and Reply in Support of Opening Motion: | Dec. 21, 2007 | Feb. 15, 2008 | April 16, 2008 |
|  | Reply in Support of Cross Motion: | Jan. 25, 2008 | Mar. 21, 2008 | May 21, 2008 |
|  | Hearing (If No Cross Motions Filed): | Jan. 11, 2008 | Mar. 21, 2008 | May 9, 2008 ~~TBD by Court~~ |
|  | Hearing (If Cross Motions Filed): | Feb. 15, 2008 | April 11, 2008 | June 13, 2008 ~~TBD by Court~~ |
| Completion of Discovery Relating to | Direct Purchaser will complete its document | N/A | N/A | Aug. 31, 2007 |

-3-
**STIPULATION AND [PROPOSED] ORDER FOR SECOND AMENDMENT TO CASE MANAGEMENT ORDER NO. 2 TO EXTEND CASE SCHEDULE**     MDL No. 1761 (JSW)

|  |  | CMO No. 2 | Amendment #1 | Amendment #2 |
| --- | --- | --- | --- | --- |
| Specific Issues in CMO No. 2 | production | | | |
|  | Paragraph 3(a): | July 13, 2007 | Sept. 11, 2007 | Nov. 9, 2007 |
|  | Paragraphs 3(b)-(d) – Written Discovery | Sept. 28, 2007 | Nov. 16, 2007 | Nov. 16, 2007 |
|  | Paragraphs 3(b)-(d) – Depositions | Sept. 28, 2007 | Nov. 16, 2007 | Jan. 25, 2007 |

7. Defendants specifically note that they may be forced to move for an additional extension of time with respect to their opposition to the Direct Purchaser Plaintiff's motion for class certification if the Direct Purchaser Plaintiff does not produce its documents by August 31, 2007, <u>and</u> depending upon the timing of the resolution of the outstanding discovery disputes between Defendants and Direct Purchaser Plaintiff and the consequent production of any disputed materials (if the Court orders the production of such materials). Defendants and Direct Purchaser Plaintiff have stipulated to an expedited schedule for briefing the discovery disputes to Magistrate Judge Laporte.

8. As the schedule above indicates, the deadline for written discovery on the specific issues listed in Paragraphs 3(b)-(d) of Case Management Order #2 is not being extended. The parties specifically understand that, consistent with Local Rule 26-2, all written discovery (including requests for production of documents, interrogatories, and requests for admission, as well as third-party document subpoenas) relating to the issues set forth in Paragraphs 3(b)-(d) must be served in sufficient time that responses will fall due on or before November 16, 2007. The parties further understand that, also consistent with Local Rule 26-2, any motions to compel based upon written discovery responses relating to the issues set forth in Paragraphs 3(b)-(d) must be brought within seven court days of November 16, 2007. Parties may take additional discovery pertaining to the issues set forth in Paragraphs 3(b)-(d) of CMO #2 only upon a showing of good cause – for example, if a party learns of an issue for the first time through depositions occurring after November 16, 2007, and the issue was not reasonably foreseeable

-4-
**STIPULATION AND [<s>PROPOSED</s>] ORDER FOR SECOND AMENDMENT TO CASE MANAGEMENT ORDER NO. 2 TO EXTEND CASE SCHEDULE** MDL No. 1761 (JSW)

prior to that time. Nothing in this agreement, however, shall modify any party's ordinary duty to supplement its discovery responses under Federal Rule of Civil Procedure 26(e).

9. Nothing in this Stipulation alters or modifies any provision in CMO No. 2 except as specifically set forth in this Stipulation.

10. This stipulation for an extension of time has been brought in good faith and not for purposes of undue delay or harassment, and conforms with the requirements of Local Rules 6-2, 7-12, and 16-2(d), and with Federal Rule 16(b), which requires "a showing of good cause" for the modification of a scheduling order. Fed. R. Civ. P. 16(b).

11. Pursuant to Local Rule 16-2(d), counsel for Direct Purchaser Plaintiff (Debra Gaw and Ed Notargiacomo), counsel for Indirect Purchaser Plaintiffs (Jason Thompson), and counsel for Defendants (M. Sean Royall) consulted about the positions set forth in this Stipulation and Proposed Order. All parties have agreed to this Stipulation.

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the Defendants shall have until November 27, 2007 to file their opposition to the Plaintiffs' motions for class certification in this matter and that all deadlines contained in the Stipulated Case Management Order No. 2 (except the deadline for the completion of written discovery relating to the issues set forth in Paragraph 3(b)-(d) of that Order) be extended by the approximately 60 days, as specified in Paragraph 6 above.

**STIPULATED AND AGREED TO BY:**

DATED: August 27, 2007

                                         /s/ Jason J. Thompson

Edward A. Wallace
WEXLER WALLACE TORISEVA LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Timothy J. Becker
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844

-5-
**STIPULATION AND [PROPOSED] ORDER FOR SECOND AMENDMENT TO CASE MANAGEMENT ORDER NO. 2 TO EXTEND CASE SCHEDULE**       MDL No. 1761 (JSW)

|     |                                                                                                                                                                                                     |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                                                                                                                                                                                                     |
| 2   | Jason J. Thompson<br>J. THOMPSON & ASSOCIATES PLC<br>26000 West Twelve Mile Road<br>Southfield, MI 48034<br>Telephone: (248) 436-8448<br>Facsimile: (248) 436-8453                                  |
|     | Jeffrey L. Kodroff<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611                        |
|     | *Attorneys for Indirect Purchaser Plaintiffs*                                                                                                                                                       |
|     | DATED: August 27, 2007                                                                                                                                                                              |
|     | /s/ Edward Notargiacomo                                                                                                                                                                             |
|     | Thomas M. Sobol<br>Edward Notargiacomo<br>Debra Gaw<br>Gregory Matthews<br>HAGENS BERMAN SOBOL SHAPIRO, LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |
|     | Dianne M. Nast<br>RODANAST, PC<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Telephone: (717) 892-3000<br>Facsimile: (717) 892-1200                                                                |
|     | *Attorneys for Direct Purchaser Plaintiffs*                                                                                                                                                         |

-6-

**STIPULATION AND [PROPOSED] ORDER FOR SECOND AMENDMENT TO CASE MANAGEMENT ORDER NO. 2 TO EXTEND CASE SCHEDULE**      MDL No. 1761 (JSW)

2 DATED: August 27, 2007

/s/ Michael A. Sitzman

M. Sean Royall (admitted *pro hac vice*)
Monique Michal Drake, SBN 167188
Michael A. Sitzman, SBN 156667
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: sroyall@gibsondunn.com
Email: mdrake@gibsondunn.com
Email: msitzman@gibsondunn.com

*Attorneys for Defendants Alza Corporation and Johnson & Johnson*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 28, 2007

The Honorable Jeffrey S. White
United States District Judge

---

-7-

**STIPULATION AND [PROPOSED] ORDER FOR SECOND AMENDMENT TO CASE MANAGEMENT ORDER NO. 2 TO EXTEND CASE SCHEDULE** — MDL No. 1761 (JSW)