1  GIBSON, DUNN & CRUTCHER LLP
   M. SEAN ROYALL (admitted *pro hac vice*)
2  MONIQUE MICHAL DRAKE (SBN 167188)
   MICHAEL A. SITZMAN (SBN 156667)
3  One Montgomery Street, Suite 3100
   San Francisco, California 94104
4  Telephone: (415) 393-8200
   Facsimile: (415) 986-5309
5  Email: sroyall@gibsondunn.com
   Email: mdrake@gibsondunn.com
6  Email: msitzman@gibsondunn.com

7  Attorneys for Defendants
   ALZA CORPORATION and
8  ORTHO-MCNEIL PHARMACEUTICAL, INC.

9
                   UNITED STATES DISTRICT COURT
10

11                 NORTHERN DISTRICT OF CALIFORNIA

12
   IN RE: DITROPAN XL ANTITRUST          CASE No. MDL Docket No. 1761 (JSW) (EDL)
13 LITIGATION

14
   THIS DOCUMENT RELATES TO:            **STIPULATION AND [PROPOSED] ORDER**
15                                       **EXPEDITING BRIEFING SCHEDULE AND**
      THE DIRECT PURCHASER ACTION        **HEARING FOR ALZA'S MOTION TO**
16                                       **COMPEL THE PRODUCTION OF**
                                         **DOCUMENTS AND WRITTEN**
17                                       **DISCOVERY FROM AMERICAN SALES**
                                         **COMPANY**
18

19
       This stipulation is entered into by and between the Direct Purchaser Plaintiff American Sales
20
   Company ("ASC") and Defendant Alza Corporation ("Alza"), through their counsel of record and
21
   without prejudice to the parties' respective positions taken and asserted in connection with the
22
   pending motion to dismiss. For the reasons explained below, this Stipulation between ASC and Alza
23
   establishes an agreed-upon expedited briefing schedule for Alza's motion to compel the production of
24
   documents and written discovery from ASC.
25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER EXPEDITING BRIEFING SCHEDULE AND HEARING FOR ALZA'S MOTION TO
COMPEL THE PRODUCTION OF DOCUMENTS AND WRITTEN DISCOVERY FROM AMERICAN SALES COMPANY
Case No. MDL Docket No. 1761 (JSW) (EDL)

1. On October 27, 2006, the Court held an initial case management conference pursuant to Local Rule 16-10(a) and Federal Rule 16. As a result of that conference, the Court entered Stipulated Case Management Order No. 2 ("CMO") on November 1, 2006.

2. On January 9, 2007, Alza served its First Request for Production of Documents ("RFPs") and First Set of Interrogatories ("Interrogatories") on ASC. On February 21, 2007, ASC served its First Request for the Production of Documents and First Set of Interrogatories on Alza.

3. Pursuant to Fed. R. Civ. Proc. 37 and Civil L.R. 37-1(a), the parties have met and conferred regarding ASC's responses to Alza's RFPs and Interrogatories, but have been unable to resolve certain of the discovery disputes.

4. On June 26, 2007, ASC filed a motion class certification. Pursuant to the CMO, the deadline for Defendants Alza and Ortho-McNeil Pharmaceutical, Inc. (collectively, "Defendants") to respond to ASC's motion for class certification is September 25, 2007.

5. In view of the impending deadlines and the outstanding procedural issues that remain unresolved between the parties and under consideration by the Court, on August 27, 2007, the parties agreed to continue the dates and deadlines in the CMO and jointly requested that the Court enter an amended CMO with new dates and deadlines by way of stipulation and order. The new agreed-upon deadline for Defendants to respond to ASC's motion for class certification is November 27, 2007.

6. Notwithstanding the parties' stipulation that the Court continue the dates and deadlines in the CMO, Defendants believe that they will not be able to respond to ASC's motion for class certification without adequate responses to the RFPs and Interrogatories which Alza will be moving to compel. In order for Defendants to have time to prepare their briefs and expert reports in opposition to the pending class certification motion and to avoid any further continuation of the class certification deadlines, an expedited briefing and hearing schedule on Alza's motion to compel is necessary.

WHEREFORE, based on the foregoing facts and circumstances, the parties have met, conferred and agreed to jointly request an expedited briefing and hearing schedule for Alza's

2

Gibson, Dunn & Crutcher LLP

motion to compel the production of documents and written discovery from ASC.  Pursuant to Civil

L. R. 6-2 and 7-12, the parties hereby agree and stipulate to the following briefing and hearing

schedule and request the Court's approval thereto:

a.    Alza's motion to compel will be filed and served on or before September 6, 2007;

b.    Plaintiff's opposition brief will be filed and served on or before September 13, 2007;

c.    Alza's reply brief will be filed and served on or before September 20, 2007; and

d.    The hearing date on the motion to compel will be set for 9:00 am, October 2, 2007 in

Courtroom E.

**STIPULATED AND AGREED TO BY:**

Dated: August 28, 2007

By: _____/s/ Edward Notargiacomo_____

Thomas M. Sobol
Edward Notargiacomo
Debra Gaw
Gregory Matthews
HAGENS BERMAN SOBOL SHAPIRO, LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Dianne M. Nast
RODANAST, PC
801 Estelle Drive
Lancaster, PA  17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200

*Attorneys for Direct Purchaser Plaintiff*

Gibson, Dunn &
Crutcher LLP

3

Dated: August 28, 2007                     By:              /s/ Michael A. Sitzman

M. Sean Royall (admitted *pro hac vice*)
Monique Michal Drake, SBN 167188
Michael A. Sitzman, SBN 156667
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: sroyall@gibsondunn.com
Email: mdrake@gibsondunn.com
Email: msitzman@gibsondunn.com

*Attorneys for Defendants Alza Corporation
and Ortho-McNeil Pharmaceutical, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED

Judge Elizabeth D. Laporte

Dated: August 30, 2007

Magistrate Judge Elizabeth D. Laporte
United States District Court Magistrate

4

Gibson, Dunn &
Crutcher LLP