EDWARD A. WALLACE (admitted *pro hac vice*)
WEXLER WALLACE TORISEVA LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: eaw@wtwlaw.com

MARK J. TAMBLYN (State Bar No. 179272)
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890
Email: mjt@wtwlaw.com

*Attorneys for Indirect Purchaser Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DITROPAN XL ANTITRUST LITIGATION | MDL No. 1761 (JSW) |
| This Document Relates to:<br>INDIRECT PURCHASER ACTIONS | [PROPOSED] ORDER<br><br>Hon. Jeffrey S. White |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs, City of Fargo Health Trust Fund, Local 28 Sheet Metal Workers Fund, United Food & Commercial Workers Union & Employers Midwest Health Fund, Plumbers & Pipefitters Local 572 Health & Welfare Fund, and Teamsters Local No. 35 Health Plans', fourth cause of action to their Consolidated Amended Class Action Complaint, seeking declaratory and injunctive relief under Section 16 of the Clayton Act, 15 U.S.C. § 26, for Defendant's alleged violations of Section 2 of the Sherman Act, 15 U.S.C. § 2, is voluntarily dismissed without prejudice.

Dated: September 17, 2007

_____
Hon. Jeffrey J. White
United States District Judge
Northern District of California

-4-

STIPULATION AND [PROPOSED] ORDER GRANTING DISMISSAL OF THE FOURTH CAUSE OF ACTION IN INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT.   MDL No. 1761 (JSW)