| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | M. SEAN ROYALL (admitted *pro hac vice*) |
| 2 | MONIQUE MICHAL DRAKE (SBN 167188) |
| | MICHAEL A. SITZMAN (SBN 156667) |
| 3 | One Montgomery Street, Suite 3100 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 393-8200 |
| | Facsimile: (415) 986-5309 |
| 5 | Email: sroyall@gibsondunn.com |
| | Email: mdrake@gibsondunn.com |
| 6 | Email: msitzman@gibsondunn.com |
| 7 | Attorneys for Defendant |
| | ALZA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DITROPAN XL ANTITRUST LITIGATION | CASE No. MDL Docket No. 1761 (JSW) (EDL) |
| THIS DOCUMENT RELATES TO:<br><br>THE INDIRECT PURCHASER ACTION | **STIPULATION AND [PROPOSED] ORDER AUTHORIZING BRIEFS IN EXCESS OF PAGE LIMITATIONS IN CONNECTION WITH INDIRECT PURCHASERS' MOTION TO COMPEL** |

This stipulation is entered into by and between the Indirect Purchaser Plaintiffs ("End-Payor Plaintiffs") and Defendant Alza Corporation ("Alza"), through their counsel of record.

Currently pending before the Court is the End-Payor Plaintiffs' motion to compel the production of privileged documents and information from Alza. The End-Payor Plaintiffs argue that the crime-fraud exception vitiates Alza's privilege with its counsel in connection with 112 documents that Alza has withheld from production. Both parties agree that this is a significant motion that raises complex factual and legal issues that go to the substantive merits of the case. Recognizing that Alza is limited to only one brief on this motion, Plaintiffs have agreed to give Alza additional pages so that it may fully brief and explain this matter to the Court. Accordingly, the parties respectfully request

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER AUTHORIZING BRIEFS IN EXCESS OF PAGE LIMITATIONS IN CONNECTION WITH INDIRECT PURCHASER'S MOTION TO COMPEL          Case No. MDL Docket No. 1761 (JSW) (EDL)

that the Court permit Alza and the End-Payor Plaintiffs to exceed the page limitations provided for in Civ. L.R. 7-4(b) by 10 and 5 additional pages in their opposition and reply briefs, respectively.

WHEREFORE, based on the foregoing facts and circumstances, and pursuant to Civil L. R. 6-2 and 7-12, and good cause appearing therefore, the parties hereby agree and stipulate that:

a. Alza shall have 10 additional pages for its opposition brief due on October 2, 2007; and

b. End-Payor Plaintiffs shall have 5 additional pages for its reply brief due on October 9, 2007.

**STIPULATED AND AGREED TO BY:**

Dated: September 24, 2007

By: _____/s/ Edward A. Wallace_____

Edward A. Wallace
WEXLER TORISEVA WALLACE LLP
55 W. Monroe Street, ste. 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Mark J. Tamblyn
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, ste. 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

*Attorneys for Indirect Purchaser Plaintiffs*

2

STIPULATION AND [PROPOSED] ORDER AUTHORIZING BRIEFS IN EXCESS OF PAGE LIMITATIONS IN CONNECTION WITH INDIRECT PURCHASER'S MOTION TO COMPEL    Case No. MDL Docket No. 1761 (JSW) (EDL)

Dated: September 24, 2007          By:          /s/ Michael A. Sitzman

                                            M. Sean Royall (admitted *pro hac vice*)
                                            Monique Michal Drake, SBN 167188
                                            Michael A. Sitzman, SBN 156667
                                            GIBSON, DUNN & CRUTCHER LLP
                                            One Montgomery Street, Suite 3100
                                            San Francisco, California 94104
                                            Telephone: (415) 393-8200
                                            Facsimile: (415) 986-5309
                                            Email: sroyall@gibsondunn.com
                                            Email: mdrake@gibsondunn.com
                                            Email: msitzman@gibsondunn.com

*Attorneys for Defendants Alza Corporation and Ortho-McNeil Pharmaceutical, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September _25_, 2007

                                            Magistrate Judge Elizabeth D. Laporte
                                            United States District Court Magistrate

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

100301186_5.DOC

STIPULATION AND [PROPOSED] ORDER AUTHORIZING BRIEFS IN EXCESS OF PAGE LIMITATIONS IN CONNECTION WITH INDIRECT PURCHASER'S MOTION TO COMPEL         Case No. MDL Docket No. 1761 (JSW) (EDL)

Gibson, Dunn & Crutcher LLP