UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DITROPAN XL ANTITRUST LITIGATION<br>_____/<br><br>This Document Relates to<br>All Cases<br>_____/ | No.  M 06-01761 JSW  (EDL)<br><br>ORDER RE SUPPLEMENTAL BRIEFING |

The District Court has issued an order dismissing American Sales Company's ("ASC") second amended class action complaint, dismissing the claims against Alza Corporation ("Alza") with leave to amend. This Court has on for hearing before it Alza's motion to compel discovery from ASC. The parties shall submit a joint filing to this Court by October 18, 2007 describing the impact of the order granting defendants' motion to dismiss on the motion to compel before this Court. The filing may contain a joint statement or separate statements, but it shall not exceed ten pages.

Dated: October 11, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge