Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
20 California Street, 7th Floor
San Francisco, CA 94111
Telephone: 415. 781.2888
Facsimile: 415.781.3011

**Attorneys for MYLAN, INC.**

IN THE U.S. DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DITROPAN XL ANTITRUST LITIGATION | MDL Docket No. 1761 (JSW)(EDL)<br><br>**[PROPOSED] ORDER TO MAINTAIN DOCUMENTS UNDER SEAL** |

On October 2, 2007, Alza Corporation ("Alza") filed its Opposition to Indirect Purchaser's Motion to Compel. Alza's supporting documents include three confidential Mylan documents, which includes three documents, Exhibits 27, 30 and 31 to the Declaration of Monique M. Drake, which were filed under seal. The three documents, Exhibits 27, 30 and 31, contain confidential proprietary trade secret information of Mylan, Inc., and had been designated as "Mylan Restricted Confidential Information" pursuant to protective order in unrelated litigation. Mylan, Inc., pursuant to Civ. L.R. 79-5(d) has moved for an order maintaining the confidentiality of said documents and that said documents remain under seal. Mylan, Inc. has demonstrated the confidentiality of information within the Exhibits and has provided the Court with redacted versions of the three Exhibits for public filing.

/ / /

/ / /

/ / /

-2-

Pursuant to Civ. L.R. 79-5(d), the Court finds good cause to maintain the confidentiality of Exhibits 27, 30 and 31 to the Declaration of Monique M. Drake and said exhibits shall be filed under seal with the redacted versions of those exhibits submitted by Mylan, Inc., to be filed in the public record.

IT IS SO ORDERED.

DATED: October 19, 2007.

_____
Hon. Elizabeth D. Laporte
Judge of the U.S. Northern District Court